# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

HAROLD BARANOFF,

    Petitioner,

v.                                             CIVIL ACTION NO.:CV209-083

BUREAU OF PRISONS;
DEBORAH A. HICKEY, Warden;
and HARLEY G. LAPPIN, Director,

    Respondents.

## ORDER

Presently before the Court are Petitioner's Objections to the Magistrate Judge's Report and Recommendation. In his Objections, Petitioner contends that he filed all of his administrative remedies prior to the issuance of the Report and Recommendation of the Magistrate Judge. Petitioner contends that the Report and Recommendation mistakenly states that he is incarcerated at the Federal Correction Institution in Jesup, Georgia ("FCI Jesup"), rather than the Jesup Camp facility. Petitioner also faults this Court for failing to hold the Federal Bureau of Prisons ("BOP") responsible for its failure to designate Petitioner to home confinement for the remainder of his sentence, and for failing to hold the BOP responsible for its delay in responding to Petitioner's administrative remedy requests.

AO 72A
(Rev. 8/82)

Petitioner's Objections regarding the timing of the filings of his administrative remedies are without merit and reaffirm the Magistrate Judge's conclusion that Petitioner did not exhaust his available administrative remedies *prior to filing* this cause of action as required by law. Skinner v. Wiley, 355 F.3d 1293, 1295 (11th Cir. 2004). Petitioner's place of incarceration is not material to the determination of whether his petition should be dismissed for failure to exhaust administrative remedies. Petitioner's remaining objections need not be addressed because Petitioner's failure to exhaust his administrative remedies prior to filing his petition renders them moot. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's petition is **DISMISSED**, without prejudice, based on Plaintiff's failure to exhaust his available administrative remedies prior to filing this cause of action. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 4 day of December, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE